# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 01-2514

———————

| | | |
|---|---|---|
| All Denominational New Church, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Western District of Missouri. |
| | * | |
| Jackson County, Missouri, | * | **[UNPUBLISHED]** |
| | * | |
| Appellee. | * | |

———————

Submitted: December 6, 2001
Filed: December 11, 2001

———————

Before BOWMAN, BEAM, and LOKEN, Circuit Judges.

———————

PER CURIAM.

After the All Denominational New Church (the Church) filed a petition for bankruptcy, the bankruptcy court[1] granted creditor Jackson County's motion for relief from the automatic bankruptcy stay. See 11 U.S.C. § 362(d)(1). Upon appeal, the district court[2] affirmed and denied the Church's motion for reconsideration. We

———————

[1]The HONORABLE ARTHUR B. FEDERMAN, Chief Judge, United States Bankruptcy Court for the Western District of Missouri.

[2]The HONORABLE SCOTT O. WRIGHT, United States District Judge for the Western District of Missouri.

dismiss the Church's appeal to this court as moot because the property the Church seeks to protect has been sold to third parties, and there is therefore no effective relief we could grant.  See Van Iperen v. Prod. Credit Ass'n, 819 F.2d 189, 191 (8th Cir. 1987) (per curiam).

Accordingly, we dismiss the appeal.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.